Official Form 1 (04/07)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Richardson Bobby Middle** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):    1447 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>8146 S. May<br>Chicago, Illinois                      60620 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☒ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incured by an individual primarily for a personal, family, or house-hold purpose.
- ☐ Debts are primarily business debts.

**(Check one box)**

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☒ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million. |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☒ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**FORM B1, Page 2**

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s): Richardson, Bobby |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): Richardson, Bobby |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (If not represented by attorney)

   _____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____

   _____
   Telephone Number

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

   _____
   Address

X _____

   _____
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

**Official Form 6 - Summary (04/07)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

In Re:          Richardson, Bobby          Case No. _____

**Debtor**                                      (if known)

Chapter          7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | | | |
| B - Personal Property | Yes | 5 | $3,360.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | | |
| E - Creditors Holding Unsecured Priority Claims | No | 1 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $188,867.01 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,150.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $2,725.00 |
| TOTAL | | 20 | $3,360.00 | $188,867.01 | |

Official Form 6B (04/07)

In Re:  _____    Case No. _____
                    Richardson, Bobby
                                                                              (if known)
                          **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property". In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | ☒ | | | |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☐ | First Midwest Bank 7100841585<br>TCF Bank  7876475557,  5868247309<br>Bank of America  2915807464,  2915809828<br>Fifth Third Bank   7234477946,  9233265066 | | 0.00<br>9.00, 15.00<br>9.00, 9.00<br>9.00, 9.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4.  Household goods and furnishings, audio, video, and computer equipment. | ☐ | Living Room, Dining Room, Bed, Stove, Refridgerator, TV, Computer | | 1,500.00 |

Official Form 6B (04/07)

In Re: _____Richardson, Bobby_____    _____Case No._____

| | Debtor | | | | (if known) |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☐ | Books | | 600.00 |
| 6.  Wearing apparel. | ☐ | Men's Clothing | | 200.00 |
| 7.  Furs and jewelry. | ☒ | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and surrender or refund value of each. | ☒ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in an education IRA as defined 26 U.S.C. § 530(b)(1) or under a qualified tuition plan as defined in 26 U.S.C. § Give particulars. | ☒ | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ☒ | | | |

Official Form 6B (04/07)

In Re: _____ Richardson, Bobby _____    Case No. _____
          **Debtor**                                                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ☒ | | | |
| 15. Government and corporate bonds and negotiable and non-negotiable instruments. | ☒ | | | |
| 16. Accounts receivable. | ☒ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | |
| 19. Equitable or future interest, life estates, rights or powers exercisable for the benefit of the debtor other than those listed in Schedule - Real Property. | ☒ | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | |

Official Form 6B (04/07)

In Re: _____     Case No. _____
                Richardson, Bobby
         **Debtor**                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims every nature, including tax refunds, counter-claims of the debtor, and rights to setoff Give estimated value of each. | ☒ | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | ☒ | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | ☒ | | | |
| 24. Customer lists or other compilations containing personally identifiable provided to the debtor by individuals in connection with obtaining a product or from the debtor primarily for personal, | ☒ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 1994 Cadillac Deville (160,000 miles) | | 1,000.00 |
| 26. Boats, motors, and accessories. | ☒ | | | |
| 27. Aircraft and accessories. | ☒ | | | |
| 28. Office equipment, furnishings, and supplies. | ☒ | | | |

Official Form 6B (04/07)

In Re: _____Richardson, Bobby_____          _____
                          **Debtor**                                              Case No. _____
                                                                                   (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 30. Inventory. | ☒ | | | |
| 31. Animals. | ☒ | | | |
| 32. Crops - growing or harvested. Give particulars. | ☒ | | | |
| 33. Farming equipment and implements. | ☒ | | | |
| 34. Farm supplies, chemicals, and feed. | ☒ | | | |
| 35. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☒ | | | |
| | ☒ | | | |
| | | Total | | $3,360.00 |

Official Form 6C (04/07)

In Re: _____Richardson, Bobby_____        _____Case No._____
                **Debtor**                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| First Midwest Bank 7100841585<br>TCF Bank 7876475557, 5868247309<br>Bank of America 2915807464, 2915809828<br>Fifth Third Bank  7234477946, 9233265066 | 735-5/12-1001(b); In re Johnson, 57 B.R. 635 (N.D. Ill. 1986) | 60.00 | 0.00<br>9.00, 15.00<br>9.00, 9.00<br>9.00, 9.00 |
| Living Room, Dining Room, Bed, Stove, Refridgerator, TV, Computer | 735-5/12-901,  735-5/12-906 | 1,500.00 | 1,500.00 |
| Books | 735-5/12-901,  735-5/12-906 | 600.00 | 600.00 |
| Men's Clothing | 735-5/12-901,  735-5/12-906 | 200.00 | 200.00 |
| 1994 Cadillac Deville (160,000 miles) | 735-5/12-1001(c) | 1,000.00 | 1,000.00 |

Official Form 6F (04/07)

In Re: _____Richardson, Bobby_____    Case No. _____
                                    **Debtor**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Bally Total Fitness<br>12440 E. Imperial<br>Suite 3<br>Norwalk, CA. 90650 | ☐ | | 02.01.2006 | ☐ | ☐ | ☐ | 702.00 |
| 31808126680<br><br>MDWST WAUKE<br>First Midwest Bank<br>300 N. Hunt Club Road<br>Gurnee, IL. 60031 | ☐ | | 07/01/2006 | ☐ | ☐ | ☐ | 1,100.00 |
| Account Number:<br><br>RMI/MCSI<br>Village of Chicago Ridge<br>10442 S. Ridgeland<br>Chicago Ridge, IL. 60419 | ☐ | | 07/01/2004 | ☐ | ☐ | ☐ | 500.00 |
| Account Number:<br><br>Hammond City Clerk<br>5925 Calumet Avenue<br>Hammond, IN. 46320 | ☐ | | 09/22/1997 | ☐ | ☐ | ☐ | 400.00 |
| | | | | | | Subtotal | $2,702.00 |
| _5_ continuation sheets attached | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | | | | |

Official Form 6F (04/07)

In Re:  _____Richardson, Bobby_____
         **Debtor**

Case No. _____
              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 4 5000 3793 3450<br><br>Peoples Gas<br>130 E. Randolph<br>Chicago, IL. 60601 | ☐ | | 12/01/2006 | ☐ | ☒ | ☐ | 2,700.00 |
| V00008092125<br><br>Senex Services Corp.<br>3500 De Pauw Blvd.<br>Suite 3053<br>Indianapolis, IN. 46268-6135 | ☐ | | 12/20/2005 | ☐ | ☒ | ☐ | 25.00 |
| 3883836<br><br>Vanessa L. Harman<br>Attorney at Law<br>1314 E. Washington Street<br>Greenville, S.C. 29607 | ☐ | | 5/16/2006 | ☐ | ☒ | ☐ | 82.56 |
| 9053527625<br><br>Arnold Scott Harris, P.C.<br>600 W. Jackson<br>Suite 720<br>P.O. Box 5625<br>Chicago, IL. 60680 | ☐ | | 7/11/2006 | ☐ | ☒ | ☐ | 100.00 |
| 532843489<br><br>Advocate Christ Medical Center<br>P.O. box 7250<br>Westchester, IL. 60154 | ☐ | | 05/02/2006 | ☐ | ☒ | ☐ | 150.00 |
| 8798300033822316<br><br>Friedman & Wexler, L.L.C.<br>500 W. Madison<br>Suite 2910<br>Chicago, IL. 60661<br>(Comcast) | ☐ | | 05/16/2006 | ☐ | ☒ | ☐ | 167.01 |
| 2006014999979<br><br>Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL. 60426 | ☐ | | 06/20/2006 | ☐ | ☒ | ☐ | 155.00 |
| | | | | | | Subtotal | $3,379.57 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. _1_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Richardson, Bobby_____        Case No. _____
              **Debtor**                                         (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 4050-05-32-40<br><br>Geico Direct<br>One Geico Plaza<br>Bethesda, MD. 20811-0001 | ☐ | | 05/12/2006 | ☐ | ☒ | ☐ | 186.55 |
| 22256137<br><br>Personalized Collection Services<br>P.O. Box 35421<br>Kansas City, MO. 64134<br>(Foley Belsaw Institute) | ☐ | | 10/31/2006 | ☐ | ☒ | ☐ | 280.00 |
| D050247042<br><br>Chicago Public Library<br>Scottdale<br>Chicago, IL. 60603 | ☐ | | 12/02/2005 | ☐ | ☒ | ☐ | 300.00 |
| 0305346963<br><br>Credit Management, LP<br>4200 International Parkway<br>Carrollton, TX. 75007-1906<br>(WOW! Internet & cable Service) | ☐ | | 12/06/2005 | ☐ | ☒ | ☐ | 303.82 |
| 5021323730<br><br>City of Chicago<br>Department of Revenue<br>121 N. LaSalle Street<br>Room 107<br>Chicago, IL. 60603 | ☐ | | 12/04/2006 | ☐ | ☒ | ☐ | 345.00 |
| 09037712<br><br>Cavalry Portfolio Services<br>P.O. Box 27288<br>Tempe, AR. 85282 | ☐ | | 10/11/2006 | ☐ | ☒ | ☐ | 355.09 |
| 30460053<br><br>Handyman Club of America<br>P.O.Box 3411<br>Minnetonka, MN. 55343 | ☐ | | 12/10/2006 | ☐ | ☒ | ☐ | 359.00 |

Subtotal $2,129.46

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet no. _2_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Richardson, Bobby _____            Case No. _____
                    **Debtor**                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 9828211-59<br><br>Specialty Merchandise Corporation<br>9401 De Soto Avenue<br>Chatsworth, CA. 91311-4991 | ☐ | | 06/25/2001 | ☐ | ☒ | ☐ | 374.95 |
| Account Number:<br><br>European Auto Werks<br>10255 South Roberts Road<br>Palos Hills, IL. 60465 | ☐ | | 10/06/2004 | ☐ | ☒ | ☐ | 739.03 |
| 7734839367775<br><br>Encore Receivable Management Inc.<br>P.O. Box 3330<br>Olathe, KS. 66063-3330 | ☐ | | 02/18/2006 | ☐ | ☒ | ☐ | 778.05 |
| 4121741608107954<br><br>Northland Group, Inc.<br>P.O. Box 390846<br>Edina. MN. 55439 | ☐ | | 05/29/2007 | ☐ | ☒ | ☐ | 997.10 |
| 4826901<br><br>FBSC<br>841 E. Hunting Park Avenue<br>Philadelphia, PA. 19124-4824 | ☐ | | 11/14/2006 | ☐ | ☒ | ☐ | 902.59 |
| 0011570299<br><br>Progressive Management Systems<br>1521 West Cameron Avenue<br>P.O. Box 2220<br>West Covina, CA. 91793-9917 | ☐ | | 04/26/2006 | ☐ | ☒ | ☐ | 1041.24 |
| 708 841 4852 324 0<br><br>Ameritech<br>P.O. Box 4520<br>South Holland, IL. 60473 | ☐ | | 02/19/1998 | ☐ | ☒ | ☐ | 1073.93 |
| | | | | | | Subtotal | $5,906.89 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. _3_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Richardson, Bobby_____   Case No. _____
              **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 03 M5 507353<br><br>Edward Dite<br>761 Sojourn Road<br>New Lenox, IL. 60451-8559 | ☐ | | 02/01/2004 | ☐ | ☒ | ☐ | 2,000.00 |
| 359601447<br><br>Xpress Loan Servicing<br>P.O. Box 94553<br>Cleveland, OH. 44101-4553 | ☐ | | 10/16/2006 | ☐ | ☒ | ☐ | 47,261.23 |
| 428579874<br><br>OSI Collection Services, Inc.<br>P.O. Box 983<br>Brookfield, WI. 53008 | ☐ | | 11/19/2006 | ☐ | ☒ | ☐ | 15,364.25 |
| 005117277<br><br>Merican Recovery Systems, Inc.<br>1699 Wall Street<br>Suite 300<br>Mt. Prospect, IL. 60056-5788 | ☐ | | 06/11/2007 | ☐ | ☒ | ☐ | 4,808.29 |
| 01698523725<br><br>Publishers Clearing House<br>P.O. Box 4002931<br>Des Moines, IA. 50340-2931 | ☐ | | 06/08/2007 | ☐ | ☒ | ☐ | 44.91 |
| 02043818180002<br><br>Retrieval-Masters Creditors Bureau<br>2269 S. Saw Mill River Road<br>Building 3<br>Elmsford, NY. 10523 | ☐ | | 10/27/2006 | ☐ | ☒ | ☐ | 30.80 |
| Account Number:<br><br>Workbench<br>P.O. Box 10174<br>Des Moines, IA. 50340 | ☐ | | 06/04/2007 | ☐ | ☒ | ☐ | 22.00 |
| | | | | | | Subtotal | $69,531.48 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. _4_ of _5_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Richardson, Bobby_____          _____Case No._____
                              **Debtor**                                        (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 06 L 11310<br><br>Clerk of the Circuit Court of Cook County Accounting Dept.<br>50 W. Washington,<br>Room 1005<br>Chicago, Il. 60602 | ☐ | | 06/27/2007 | ☐ | ☒ | ☐ | 163.00 |
| Account Number:<br>Steven D. Gertler & Associates, Ltd.<br>415 N. LaSalle Street<br>Suite 402<br>Chicago, Il. 60610 | ☐ | | 10/19/2006 | ☐ | ☒ | ☐ | 105,000.00 |
| 5087648<br><br>clear Check Payment Solutions<br>P.O. Box 27087<br>Greenville, SC. 29616-2087 | ☐ | | 04/16/2007 | ☐ | ☒ | ☐ | 54.61 |
| Account Number:<br>Kendra Dorsey c/o<br>Law Office of Albert M. Wanniger<br>205 West Randolph Street<br>Suite 2020<br>Chicago, Il. 60606 | ☐ | | 2/14/2006 | ☐ | ☒ | ☐ | |
| Account Number:<br>United Cash Loans<br>3531 P. Street NW<br>P.O. Box 111<br>Miami, OK. 74354 | ☐ | | 05/23/2007 | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |

|  | Subtotal | $105,217.61 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | $188,867.01 |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6I (10/05)

In Re: _____        _____
                    Richardson, Bobby                                        Case No.
                         **Debtor**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or ot a joint peition is
filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):   Son | AGE(S):  13 |
| | Daughter | 20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Telecommunications Specialist | |
| Name of Employer | State of Illinois | |
| How Long Employed | 5 years | |
| Address of Employer | 33 South State Street Chicago, Il. 60603 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | | | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | 3907.00 | | |
| 2. Estimated monthly overtime | $ | | $ | |
| 3. SUBTOTAL | $ | 3,907.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 774.96 | $ | |
|    b.  Insurance | $ | 61.50 | $ | |
|    c.  Union dues | $ | | $ | |
|    d.  Other (Specify): Child support | $ | 920.20 | $ | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,756.66 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,150.34 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social security or other government assistance (Specify): | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income | $ | | $ | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,150.34 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15 | $ | 2,150.34 | | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In Re: _____ Richardson, Bobby _____    Case No. _____

**Debtor**                                                        (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

  Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 700.00 |
|     a. Are real estate taxes included?  ☐ Yes  ☒ No | | |
|     b. Is property insurance included?  ☐ Yes  ☒ No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 300.00 |
|     b. Water and sewer | $ | |
|     c. Telephone | $ | 100.00 |
|     d. Other  Cable | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renters | $ | 40.00 |
|     b. Life | $ | |
|     c. Health | $ | |
|     d. Auto | $ | 150.00 |
|     e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | |
|     b. Other | $ | |
|     c. Other | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 480.00 |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,725.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I          $
b. Average monthly expenses from Line 18 above                $
c. Monthly net income (a. minus b.)                          $

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois, Eastern Division

In Re: _____Richardson, Bobby_____    Case No. _____

**Debtor**    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child". See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25.    **If the answer to an applicable question is "None", mark the box labeled "None".**    If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None    ☐    **1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 36,912.00 | 2007 Employment (estimated) |
| 34,538.73 | 2006 Employment |
| 29,169.00 | 2005 Employment |

2. Income other than from employment or operation of business

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

### 3.  Payments to creditors

None ☒    a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on account of a domestic support obligation,] made within 90 days immediately preceding the commencement of this case. Indcate with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☒    b. Debtor whose debts are not primarily consumer debts: List all payments or other transfer to any creditor aggregating more than $5,475 in value made within 90 days immediately preceding the commencement of case. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None  ☒   c. All debtors: List all payment made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Aronson Furniture vs. Bobby Richardson, 2004 M1 173263 | Contract/ Debt Collection | Richard J. Daley Center 50 W. Washington Chicago, Il. 60602 | Dismissed by Agreement 03/14/2007 |
| State Farm Insurance vs. Bobby Richardson, 2006 L 11310 | Subrogation/Personal Injury | Richard J. Daley Center 50 W. Washington Chicago, Il. 60602 | Pending |

None ☒    possessory security that has been attached, garnished or seized under any legal or equitable process within one
year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ☒  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8.  Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

### 9.  Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Black Hills Children's Ranch, Inc | 6/15/07 | 35.00 |
| Friend, Levinson & Turner, Ltd. | 5/09/07 | 500.00 |

**10. Other transfers**

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAMD AND ADDRESS OF TRANSFERREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

**15.  Prior address of debtor**

None  ☒    a. Individual debtor(s): If the debtor has moved within the three years immediately preceding the commencement of
this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this
case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                                    NAME USED                                         DATES OF OCCUPANCY

None  ☒    b. All other debtors: If the debtor has moved within the two years immediately preceding the commencement of
this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this
case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                                    NAME USED                                         DATES OF OCCUPANCY

**16.  Spouses and former spouses**

None  ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

Name

**17.  Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  ☒  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None  ☒  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None  ☒  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Name and Address of

**18.  Nature, location and name of business**

None    ☒    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or
other activity either full- or part-time within the six-years immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities within the six years immediately preceding the commencement of this csae.

| NAME, ADDRESS, LAST FOUR DIGITS OF SOC. SEC. NO. COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|

None    ☒    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The foregoing questions are to be completed by every corporate or partnership debtor and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None   ☒   a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                          DATES SERVICES RENDERED

None   ☒   b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

NAME AND ADDRESS                                                                          DATES SERVICES RENDERED

None   ☒   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS

None   ☒   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                                          DATE ISSUED

**20. Inventories**

None ☒   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Amount of Inventory (Specify cost, market or other basis) |
| --- | --- | --- |

None ☒   b.  List the name and address of the person having possession of the records of each of the two inventories
reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21.  Current Partners, Officers, Directors and Shareholders**

None ☒   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
| --- | --- | --- |

None ☒   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
| --- | --- | --- |

22. Former partners, officers, directors and shareholders

None  ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
            preceding the commencement of this case.

Name and Address                                                                    Date of Withdrawal

None  ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
            within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                        DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distributions by a corporation

None  ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider
          including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during
          one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                                      Amount of Money

### 24.  Tax consolidation group

None  ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
          consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period
          immediately preceding the commencement of this case.

Name of Parent Corporation                                          Taxpayer Identification Number

### 25.  Pension funds

None  ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
          which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
          immediately preceding the commencement of this case.

[If completed by an individual or individual and spouse.]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____          X _____
Date                                                     Signature of Debtor

_____          X _____
Date                                                     Signature of Joint Debtor (if any)


_____


[If completed on behalf of a bankruptcy petition preparer]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____          X _____
Date                                                     Signature of Bankruptcy Petition Preparer


_____


[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____          X _____
Date                                                     Signature of Authorized Individual

                                                          _____
                                                          Printed Name and Title

In Re:                   Richardson, Bobby                                    Case No.

                              **Debtor**                                        (if known)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

### STATEMENT
### Pursuant to Rule 2016(b)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,200.00 |
| Prior to the filing of this statement I have received | $ | 500.00 |
| Amount of filing fee in this case paid | $ | 299.00 |
| Balance Due | $ | 700.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor(s)          ☐ Other   (Specify: )

3.  The source of the compensation to be paid to me is:

    ☒ Debtor(s)          ☐ Other   (Specify: )

4.  ☐   I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    ☒ Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
    ☒ Preparation and filing of any petition, schedules, statements, and plan which may be required.
    ☐ Representation of the debtor(s) at the meeting of creditors.
    ☐ Negotiation of reaffirmation or surrender of secured collateral.
    ☐
    ☐

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
              Date                                      **Signature of Attorney**